IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

RONNIE GORDON, )
)
    Plaintiff, )
)
v. ) CASE NO. CV416-252
)
JOHN T. WILCHER, Sheriff of )
Chatham County; M. KOHNE, Jail )
Administrator of Chatham )
County Detention Center; J. )
WALTERS; CPL. BRYANT; and )
CHATHAM COUNTY SHERIFF OFFICE, )
)
    Defendants. )
)

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 9), to which no objections have been filed. Accordingly, the report and recommendation is **ADOPTED** as the Court's opinion and Plaintiff's 42 U.S.C. § 1983 complaint is **DISMISSED**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 20th day of January 2017.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA